FORM L75DA Notice of Transferred Case　(v.3.11)　　　　　　　　　　　　　　　　　　　　　　　　　　08−38212 − B − 13J



UNITED STATES BANKRUPTCY COURT
Eastern District of California

Robert T Matsui United States Courthouse
501 I Street, Suite 3−200
Sacramento, CA 95814

(916) 930−4400
www.caeb.uscourts.gov
M−F 9:00 AM − 4:00 PM

**FILED**

**3/31/11**

CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

admin

# NOTICE OF TRANSFERRED CASE

Debtor Name(s), Social Security Number(s), and Address(es):

Perrin Daniel Tong
1148 Bille Rd
Paradise, CA 95969

Danette Marie Tong
1148 Bille Rd
Paradise, CA 95969

**NOTICE IS HEREBY GIVEN THAT:**

On May 13, 2011, the above−entitled bankruptcy case will be transferred for all further proceedings to the Honorable Michael S. McManus, United States Bankruptcy Judge, Department A, Sacramento Division.

Any matter set for hearing on or after May 16, 2011, must be scheduled in Courtroom 28, Department A, Sacramento Division.

For documents filed after May 13, 2011, please include the following case number on all documents filed in this case:

**Case Number:**　08−38212 − A− 13J

Dated:
3/31/11

For the Court,
Wayne Blackwelder , Clerk